# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Charles Everette,

    Plaintiff(s),        JUDGMENT IN A CIVIL CASE

vs.                3:12cv367

Robert J. Conrad, Jr., et al.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 27, 2012 Order.

            Signed: July 27, 2012

            Frank G. Johns, Clerk
            United States District Court